AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Northern Mariana Islands

FILED
Clerk
District Court
AUG 10 2021
for the Northern Mariana Islands
By _____
(Deputy Clerk)

| XEROX CORPORATION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:20-cv-00037 |
| IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC | ) |
| *Defendant* | ) |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Xerox Corporation recover from the defendant *(name)* Imperial Pacific International (CNMI), LLC the amount of Two hundred ten thousand seven hundred seventy three & 11/100 dollars ($ 210,773.11 ), which includes prejudgment interest at the rate of 1.00 %, plus post judgment interest at the rate of 0.07 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for
_____ .

Date: 8/10/21

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*